AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern ———— District of ———— New York

Leonardo Blair

V.

Raymond Kelly, Commissioner of the
NYPD; The City of New York; New York
City Police Officers William Castillo and
Eric Reynolds

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'08 CIV 4303

TO: (Name and address of Defendant)

The City of New York
Law Department
100 Church Street
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Dunn
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, NY 10004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

MAY 0 7 2008

J. MICHAEL McMAHON

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  May 7 2008 |
| NAME OF SERVER *(PRINT)*  JONATHAN HERCZEG | TITLE  LEGAL INTERN |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
100 Church St, 4th Floor, Law Department Clerk

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 7 2008
Date

Signature of Server

125 Broad Street, New York NY 10004
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.