AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Leonardo Blair

V.

Raymond Kelly, Commissioner of the NYPD; The City of New York; New York City Police Officers William Castillo and Eric Reynolds

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 4303

TO: (Name and address of Defendant)

Officer Eric Reynolds
New York City Police Department
49th Precinct
2121 Eastchester Road
Bronx, NY 10461

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Dunn
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, NY 10004

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    MAY 0 7 2008

CLERK                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE May 8, 2008 |
| NAME OF SERVER (PRINT) Jonathan Hselczec | TITLE Legal Intern |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Sgt Ruth Sharma, 2121 Eastchester Road, 49th Precinct, The Bronx

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 12, 2008
Date

Signature of Server

125 Broad Street, New York, NY 10004
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.