

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JENNIFER ROSSAN
*Assistant Corporation Counsel*
jrossan@law.nyc.gov
(212) 788-0867
(212) 788-9776 (fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08

[stamp: JUDGE SCHEINDLIN]

June 5, 2008

**BY FAX (212) 805-7920**
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Leonardo Blair v. City of New York, et al.</u>, 08 Civ. 4303 (SAS)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter. An initial conference is currently scheduled for June 9, 2008, at 11:00 a.m. I write to respectfully request that the initial conference be adjourned until sometime in the afternoon of June 11, 2008, or to the morning of June 12, 2008, before 1:00 p.m. I have conferred with plaintiff's counsel, Christopher Dunn, and he does not oppose this request, and is available on the requested dates and times.

    Defendants request this short adjournment because one of the attorneys assigned to this matter, David Hazan, is out of the office and will not return until next week. A short adjournment of the conference will permit counsel for both parties, including Mr. Hazan, to confer about the scheduling order in this matter prior to the initial conference.

    Therefore, for the reasons set forth above, defendants respectfully request that the initial conference in this matter, currently scheduled for June 9, 2008, at 11:00 a.m., be adjourned until sometime in the afternoon of June 11, 2008 or to the morning of June 12, 2008.

    I thank the Court for its time and consideration in this matter.

Respectfully submitted,

Jennifer Rossan
Assistant Corporation Counsel

*[Handwritten note:* Request granted. The conference is scheduled for June 12, 2008 at 12:00 p.m. SO ORDERED. Dated 6/05/08 — Shira A. Scheindlin, U.S.D.J.*]*

cc:   Christopher T. Dunn (via fax (212) 344-3318)