UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

LEONARDO BLAIR,          :     **ORDER OF**
                               **DISCONTINUANCE**
      Plaintiff,    :
                               08 Civ. 4303 (SAS)
- against -             :

CITY OF NEW YORK, RAYMOND  :
KELLY, WILLIAM CASTILLO, and
ERIC REYNOLDS           :

      Defendants.   :
------------------------------------x

SHIRA A. SCHEINDLIN, U.S.D.J.:

      USDC SDNY
      DOCUMENT
      ELECTRONICALLY FILED
      DOC #: _____
      DATE FILED: 6/25/08

      The parties having notified the Court that they have reached a resolution of this action,

      IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within 30 days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

      SO ORDERED:

      *[signature]*
      Shira A. Scheindlin
      U.S.D.J.

Dated:   New York, New York
           June 25, 2008

## - Appearances -

*For Plaintiff:*

Christopher T. Dunn, Esq.
New York Civil Liberties Union
125 Broad Street, 19th Floor
New York, New York 10004
Tel: (212) 607-3300
Fax: (212) 607-3318

*For Defendants:*

Jennifer Rossan, Esq.
The City of New York Law Department
100 Church Street
New York, New York 10007
Tel: (212) 788-0867
Fax: (212) 788-9776

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

June 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/08

JUDGE SCHEINDLIN

<u>Via Facsimile</u>

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Natacha Joseph</u>
    07 Cr. 785 (SAS)

Dear Judge Scheindlin:

    I write on behalf of my client, Natacha Joseph, to request an adjournment of a pretrial conference in the above-referenced case. The conference currently is scheduled for Friday June 27 at 4:30. I request that the conference be adjourned for approximately two weeks.

    As the parties have informed the Court, the government is prepared to recommend a deferred prosecution in this case. The adjournment is necessary to allow the pretrial services office time to complete its investigation regarding the deferred prosecution. Assistant United States Attorney Todd Blanche has informed me that the government consents to this adjournment request.

    The government requests that time between June 27 and the adjourn date be excluded from any speedy trial calculation. On behalf of Ms. Joseph, I consent to that exclusion.

    Thank you for your time and consideration of this matter.

*Request Granted. The Conference Scheduled for June 27, 2008 is adjourned to July 16, 2008 at 4:30 p.m. Time excluded.*

Respectfully submitted,

Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

cc: AUSA Todd Blanche

*So Ordered.*
U.S.D.J.
June 25, 2008

TOTAL P.002