

JUL 21 2008
JUDGE SCHEINDLIN

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

DAVID M. HAZAN
*Assistant Corporation Counsel*
dhazan@law.nyc.gov
(212) 788-8084
(212) 788-9776 (fax)

July 21, 2008

USDC
DOC...
ELEC... FILED
DOC #:
DATE FILED: 7/21/08

**BY FAX (212) 805-7920**
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Leonardo Blair v. City of New York, et al., 08 Civ. 4303 (SAS)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter on behalf of defendants City of New York and New York City Police Commissioner Raymond Kelly. As the Court may remember, the parties in this action reached a settlement, in principle. By Order dated June 25, 2008 this Court ordered that this action be discontinued with prejudice, but permitted counsel for plaintiff to request restoration of the action on or before July 25, 2008. To date, the parties continue to finalize the terms of their settlement agreement. Therefore, defendants respectfully request that the restoration period be extended one week until August 1, 2008. Plaintiff consents to this request.

I thank the Court for its time and consideration in this matter.

*Defendants' request is granted. The period within which plaintiff may request restoration of the action is extended to August 1, 2008.*

Respectfully submitted,

David M. Hazan
David M. Hazan (DH-8611)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Via Facsimile (212) 344-3318
Christopher T. Dunn, Esq.
New York Civil Liberties Union
125 Broad Street, 19th Floor
New York, New York 10004

SO ORDERED:

Shira A. Scheindlin
USDJ

Date: July 21, 2008