

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DAVID M. HAZAN
*Assistant Corporation Counsel*
dhazan@law.nyc.gov
(212) 788-8084
(212) 788-9776 (fax)

July 31, 2008

BY FAX (212) 805-7920
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Leonardo Blair v. City of New York, et al., 08 Civ. 4303 (SAS)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter on behalf of defendants City of New York and New York City Police Commissioner Raymond Kelly. As the Court may remember, the parties in this action reached a settlement, in principle. By Order dated June 25, 2008 this Court ordered that this action be discontinued with prejudice, but permitted counsel for plaintiff to request restoration of the action on or before July 25, 2008. Then, by Order, dated July 21, 2008 this Court granted defendants' request that the period for the action to be restored be extended one week, until August 1, 2008. However, to date, the parties continue to finalize the terms of their settlement agreement. The parties are very close to finalizing the terms of their agreement; therefore, defendants respectfully request that the restoration period be extended another week until August 8, 2008. Plaintiff consents to this request.

    I thank the Court for its time and consideration in this matter.

*Defendants' request is granted. Time for this action to be restored to the calendar is extended to August 8, 2008.*
*SO ORDERED:*
*[signed] Shira A. Scheindlin, U.S.D.J.*
*Dated: New York, New York*
*July 31, 2008*

Respectfully submitted,

David M. Hazan (DH-8611)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Via Facsimile (212) 344-3318
    Christopher T. Dunn, Esq.
    New York Civil Liberties Union
    125 Broad Street, 19th Floor
    New York, New York 10004