

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DAVID M. HAZAN
*Assistant Corporation Counsel*
dhazan@law.nyc.gov
(212) 788-8084
(212) 788-9776 (fax)

August 21, 2008

**BY FAX (212) 805-7920**
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Leonardo Blair v. City of New York et al., 08 Civ. 4303 (SAS)

Your Honor:

> Defendants' request is hereby granted. Either party may restore the case to the calendar by September 19, 2008.
> SO ORDERED.
> Dated: 8/21/08
> /s/ Shira A. Scheindlin USDJ

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter on behalf of defendants City of New York and New York City Police Commissioner Raymond Kelly.

As the Court may remember, the parties in this action reached a settlement, in principle. By Order dated June 25, 2008, this Court ordered that this action be discontinued with prejudice, but permitted counsel for plaintiff to request restoration of the action on or before July 25, 2008. By four weekly joint applications of the parties, the Court has extended this deadline to August 22, 2008. Throughout this time period, the parties have diligently been negotiating the terms of the stipulation, which include an agreed upon monetary settlement, agreed upon actions to be undertaken by defendants and attorneys' fees. Only a few matters remain outstanding. Some details regarding confirmation of defendants' actions need to be finalized and approved by defendants. Additionally, plaintiff's counsel will be sending back-up documentation to support their attorneys' fees, which defendants will need to review so that a final figure can be authorized.

The parties are confident that they will resolve these issues and dispose of this case in its entirety but seek additional time to complete the process. To continue to attend to and finalize these details, and to accommodate the vacation schedules of certain defendants and counsel over the next few weeks, the parties respectfully make this joint request to extend the deadline by which plaintiff may request to restore the case to the calendar to September 19, 2008.

We thank the Court for its time and consideration in this matter.

Respectfully submitted,

David H.

David M. Hazan
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Christopher T. Dunn, Esq. (Via Facsimile: (212) 607-3318)